U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN - 7 2024
KNB
CLERK, U.S. DISTRICT COURT
By ____________
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ARTHUR CARSON,
PLAINTIFF,

VS. NO. 3-24CV1410-X

AT & T, INC.,
DEFENDANT.

CIVIL COMPLAINT WITH JURY TRIAL DEMAND

Comes Now, The Plaintiff, Arthur Carson, and Brings This His Action against AT&T, Defendants, and Would Like to Show the Following:

PARTIES:

1). Plaintiff-Arthur Carson, 600 Church Street # 29, Lonoke, AR. 72086;

2). Defendant- AT&T,208 S. Akard St. Dallas, TX. 75202, Registered Agent, C.T.-Corp., 1999 Bryan St. Suite 900, Dallas, TX. 75201.

JURISDICTION AND VENUE:

This Court has subject matter Jurisdiction Over this Action under 28 U.S.C. Sec. 1332(d), And because Plaintiff seek $200,000, in damages, The amount in controversy exceeds the

$75,000 Value required by Statue. Plaintiff Arthur Carson is a Natural Person, and Resident, and Citizen of the State of Arkansas,Residing in Lonoke County.

Defendant AT&T, Inc., is a Corporation organized under the state laws of Delaware with its headquarters and principal place of business located at 208 S. Akard St., Dallas,TX 75202. The registered agent for service of process is CT Corporation System, 1999 Bryan St., Suite 900, Dallas, Tx. 75201, Defendant is a Texas Citizen.

SYNOPSIS OF CLAIM:

Plaintiff Brings this action against the Defendants for their failure to Properly Secure And safeguard Sensitive Information Regarding Plaintiff.

1). The Defendants inactions has allowed unauthorized disclosure of Plaintiff sensitive data , which were targeted, compromised and unlawfully accessed due to the data Breach.

2). Plaintiff entrusted to Defendants on the mutual understanding that the Defendants would Protect Plaintiff Sensitive Information as a Customer.

3). The Defendant's inactions has allowed Unauthorized Disclosure of Plaintiff's Sensitive data, which were Targeted, Compromised and Unlawfully Accessed Due to The Data Breach.

4). As a result of the dataBreach, Plaintiff have been exposed to a Heightened and imminent Risk of fraud and identity theft. Plaintiff Must Now, and in the future closely monitor His Financial accounts to guard Against identity theft.

5). Plaintiff may also incur out of pocket costs for purchasing credit Monitoring services, Credit freezes, credit reports, and all other protective measures to deter and detect identity Theft.

6), The Defendants inadequate safeguarding Plaintiff's data that it collected and maintained, And for failing to provide timely and adequate notice to Plaintiff, that His information had been Subject to the unauthorized access by an unknown third party and precisely what specific Type of information was accessed.

7).Plaintiff seek to remedy these harm and should be entitled to injunctive and other Equitable relief.

## STATEMENT OF CLAIMS

1). On Or about March 2024, Plaintiff Hereinafter "Carson", A Customer of Defendant AT&T ,had his Personal information hacked and or sold on the dark web, including full Name, email address, Drivers License Number, Phone Number, Date of Birth, Social Security number, His account Number and passcode was sold on the Dark web. See Carson's attached Exhibits # 1,2 , (Cell Phone Screenshots and email Notifications Carson's data was on the Dark web, "ProtectMyID; Experian identity Works").

2). Defendant had an obligations created by the FTC Act, contract, common law, and Industry standards to keep Carson's Personal data confidential and to protect it from Unauthorized access and disclosure.

3). The Defendants did not use reasonable security procedures and practices appropriate To the nature of Carson's personal identifiable information, which was breached, and Exfiltrated by Cyber-Criminals, and now on the dark web.

4). On information and belief, the attacker accessed and acquired files Defendant shared With a third party containing unencrypted Personal Identifiable information.

5). Defendants could have prevented this data breach by properly encrypting or otherwise Protecting their equipment and computer files containing Personal identifiable information Or otherwise protecting their equipment with Carson's files.

6). The Breach of Security will ultimately include a significant consequence, in that Carson must face years of surveillance of His Financial, and Personal Records, and The loss of Rights.

Carson will continue to incur such damages, in addition to any fraudulent use of His Personal Data. the injury to Carson were directly and Proximately caused by Defendant's failure to Implement or maintain adequate data security measures for Carson's Personal Identity Information.

WHEREFORE, Plaintiff Pray this Court Grant Compensatory Damages of $200,000, For Equitable Relief enjoining Defendants from Engaging in the Wrongful Conduct Complained Herein, misuse and dissemination of Carson's Personal data; Declaratory And Injunctive Relief.

All else Relief This Court deem equitable and Just.

RESPECTFULLY SUBMITTED,

Arthur W. Carson ______________________. DATED THIS 3rd Day of June,2024.

Arthur Carson
600 Church Street # 29
Lonoke, AR 72086
501-216-0376
artcarson67@gmail.com

Gmail

Art Carson <artcarson67@gmail.com>

**Identity Alert: Social Security Number Found**

1 message

**ProtectMyID** <noreply@aaa.membershipmail.net>
Tue, Apr 23, 2024 at 10:41 PM
Reply-To: ProtectMyID <noreply@aaa.membershipmail.net>
To: "ARTCARSON67@GMAIL.COM" <ARTCARSON67@gmail.com>

# Identity Notification: Social Security Number Found

Dear ARTHUR,

ProtectMyID detected a match to your Social Security Number on the dark web.

**Found:** Social Security Number
**Potentially Breached Site:** AT&T data

**Urgent:** We found a match to your Social Security Number on the dark web. While this information doesn't necessarily mean you are a victim of identity theft, you may be at risk.

Log in to learn what this exposure means and how it could affect your identity.

You can also review your personal Identity Health Score[1], action plan and recommended next steps.

Review Notification

Sincerely,

**ProtectMyID Customer Care**

#1

[1] *The Identity Health Score is different than a credit score and has no impact on your credit score.*

All ProtectMyID plans are provided by Experian®. You must be 18 years of age or older and a current AAA member to be eligible to enroll in ProtectMyID. A valid email address and access to the internet is required. Products subject to change or terminate at any time without notice. Certain terms, conditions, and restrictions apply. Please refer to the actual policies for terms, conditions, and exclusions of coverage. Coverage may not be available in all jurisdictions.


Related To: AT&T
What We Found
Activity
Exposure of Your Data
Related To
AT&T
Description
Your personal information associated with AT&T was located on the Dark Web in March 2024.
Exposed Information
Email

#2

RECEIVED
JUN - 7 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Arthur Carson
600 Church St. #29
Lonoke, AR 72086
501-216=0376
artcarson67@gmail.com

CLERK,
U.S. NORTHERN DISTRICT OF TEXAS

CLERK:

Enclosed for filing, please find Plaintiff's Application to Proceed informa pauperis,

And two copies of Plaintiff's Civil Complaint with Jury Demand, with attached exhibits

1, 2.

Sincerely,

Arthur Carson

Arthur Carson
600 Church St
Apt 29
Lonoke, AR 72086

Retail

U.S. POSTAGE PAID
FCM LG ENV
LONOKE, AR 72086
JUN 03, 2024

75242

$6.75

RDC 99

R23435100459-09

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

CERTIFIED MAIL®

7022 3330 0002 2254 5136

X-RAY

UNITED STATES District Clerk
NORTHERN District OF Texas
1100 Commerce St. Rm. 1452
DALLAS, TX. 75242

RECEIVED - 8

JUN - 7 2024

MAILROOM